

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

FILED
JUN 3 0 2011
JUN 30 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Respondent | |
| Vs. | No. 97 CR 165<br>James B. Zagel |
| EDMUND J. LOPINSKI, JR.<br>    Defendant-Petitioner | Presiding Judge |

### EMERGENCY MOTION FOR COURT INJUNCTION TO FREEZE FUNDS AND TO PROVIDE ACCOUNTING

NOW COMES Petitioner EDMUND J. LOPINSKI, JR. ("Petitioner"), by his attorney Michael B. Cohen, and moves for a Court Injunction to Freeze Funds and for an accounting of funds.

### Summary of Facts

1. On December 15, 2010, Petitioner filed a Fraud on the Court petition charging that a massive fraud had been perpetrated on this Honorable Court.

2. This fraud has resulted in the loss of hundreds of millions of dollars of assets, principal and interest by numerous persons including Petitioner and the 35,000 innocent investors of the Datronic Investment Partnerships who relied on the Federal Judicial System to protect their American rights and dreams to fair play and just treatment concerning their investments.

3. Petitioner has substantial documentary proof that a litany of false disclosures were made to this Court, to the Court in case 92 C 3289, to the representatives of the United States Justice Department and to their independent expert witness firm, Kroll Associates, by numerous Fraud Perpetrators.

4. Parties responsible for these false disclosures claimed include Lease Resolution Corporation (now dissolved), attorney Philip Wolin and his law firm, Wolin, Kelter & Rosen Ltd., and attorney Jerome Torshen and his law firm Torshen, Slobig, Dragutinovich and Axel Ltd.

5. These parties identified in Par. 4 above, and others were served with a Verified Petition to Vacate Judgments Obtained by Fraud on the Court in the Captioned Case, Ventre vs. Datronic Rental et al, 92 C 3289. This Verified Petition was filed with the Court in the Ventre Litigation on June 17, 2011.

6. The 10 K's filed with the Securities and Exchange Commission on behalf of the Datronic Equipment Income Funds disclosed that Lease Resolution Corporation retained possession of $5.6 million of funds. These funds were obtained from Petitioner's company, Datronic Rental Corporation, and/or from petitioner's personal assets, and/or from the Datronic Equipment Income Funds Limited Partnerships previously managed by petitioner and Datronic.

7. On information and belief, Petitioner believes that the parties identified in Par. 4 above intend to convert these $5.6 million in funds to their own personal benefit, ie: as a defense fund against the claims made against them on this Court and in the Court in 92 C 3289.

8. Petitioner has asserted in this Court and in the Court for case 92 C 3289 that these $5.6 million in funds have been obtained unlawfully by the parties identified in Par. 4 above as a result of their Fraud on the Court in this case and in 92 C 3289.

Wherefore, petitioner prays that this Honorable Court enter an Injunction Order freezing these $5.6 million in funds, plus any interest earned on these funds, pending the final rulings on this Verified Petition. Petitioner further prays that the Court order the parties identified in Par. 4 to provide a detailed accounting to this Court, which includes the bank(s) where these funds are located, the related account numbers, the balances in each account, the interest earned on these funds, and disbursements (if any) of these funds including the payor, payees, amounts and dates of disbursement, and the purpose of said disbursements. And that the COURT grant such further relief be granted as this Honorable Court deems proper.

Respectfully Submitted,

*Michael B. Cohen*

Michael B. Cohen,
Attorney for Edmund J. Lopinski, Jr.

Michael B. Cohen
Attorney at Law
35 E Wacker, Ste. 900
Chicago, IL. 60601
312 726 0739