# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                        Case No.: 1:97−cr−00165
                                                            Honorable James B. Zagel

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2011:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/6/2011. Motion for early termination of supervised release [133] is stricken. Petition to vacate [137] is dismissed with leave to reinstate. Motion to dismiss [141] is granted. Motion for court injunction to freeze funds and to provide accounting [144] is denied. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.