1       IN THE UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF ILLINOIS
2                EASTERN DIVISION

3   UNITED STATES OF AMERICA,          )
                                       )
4               Plaintiff,             )
                                       )
5               -vs-                   )  No. 97 CR 165
                                       )
6   EDMUND J. LOPINSKI,                )  Chicago, Illinois
                                       )  January 24, 2018
7               Defendant.             )  9:45 a.m.

8                 TRANSCRIPT OF PROCEEDINGS
9        BEFORE THE HONORABLE ANDREA R. WOOD

10  APPEARANCES:

11  For the Government:     MR. PAUL H. TZUR
                           ASSISTANT UNITED STATES ATTORNEY
12                         219 South Dearborn Street
                           Chicago, Illinois  60604
13

14  For the Defendant:     CALVITA J. FREDERICK & ASSOCIATES
                           Post Office Box 802976
15                         Chicago, Illinois  60680
                           BY:  MS. CALVITA J. FREDERICK
16

17

18

19
               COLETTE M. KUEMMETH, CSR, RMR, FCRR
20                  OFFICIAL COURT REPORTER
                   219 South Dearborn Street
21                        Room 1928
                   Chicago, Illinois  60604
22                      (312) 554-8931

23

24

25

1          (Proceedings heard in open court:)

2          THE CLERK:  97 CR 165, U.S.A. versus Lopinski.

3          MS. FREDERICK:  Good morning, your Honor.  Calvita

4     Frederick on behalf of defendant.

5          MR. TZUR:  Good morning, your Honor.  Paul Tzur for

6     the United States.

7          DEFENDANT LOPINSKI:  Good morning, your Honor.

8     Edmund Lopinski.

9          THE COURT:  Good morning, Mr. Lopinski.

10          Okay.  So, this case was a criminal matter, and

11     looks like in front of Judge Zagel.  And the motion, was the

12     motion filed when Mr. Lopinski was pro se?  Is that what the

13     situation is?

14          MS. FREDERICK:  Yes.

15          THE COURT:  Okay.  So counsel will be filing an

16     appearance on behalf of Mr. Lopinski?

17          MS. FREDERICK:  I did.

18          THE COURT:  I don't think -- for whatever reason, I

19     don't think it's showing up on the docket yet.

20          MS. FREDERICK:  It was filed a couple weeks ago.

21          THE COURT:  Yes, the appearance is here.  For

22     whatever reason there is nothing showing up.  I don't know if

23     it's because it's a closed criminal matter.  But yes, I do

24     see the appearance.  Thank you.

25          Okay.  So since I am not as familiar with the

1    background of this case I may need some help understanding

2    what it is that Mr. Lopinski is asking for.  My impression is

3    that he's asking to have the criminal judgment vacated?

4              MS. FREDERICK:  Well, ultimately.  But what we're

5    asking for at this point is a response to our petition which

6    details the fact that the witness report obtained by the U.S.

7    Attorney's office, the Kroll Report, had a bunch of errors in

8    it.  Mr. Lopinski had an independent expert witness report

9    prepared which detailed those problems with the Kroll Report.

10   That report was never acknowledged, never responded to in

11   writing within the case, although the former U.S. attorney

12   indicated that the Kroll Associates agreed with

13   Mr. Lopinski's expert witness report.

14             THE COURT:  But didn't Mr. Lopinski plead guilty on

15   the charges?

16             MS. FREDERICK:  I believe he --

17             DEFENDANT LOPINSKI:  I'm sorry?

18             THE COURT:  He pled guilty.  The conviction was

19   based on a guilty plea.  Not a trial.

20             DEFENDANT LOPINSKI:  I had an acknowledgement

21   agreement that there was actually -- there was a prospectus

22   violation, is what I believed.  I was told that I would have

23   a loss hearing where I could prove my innocence of trying to

24   take anything from limited partnerships.

25             At that loss hearing we had our expert witness

1    report from the U.S. Government, we responded to it, and

2    Assistant U.S. Attorney Joel Bertucci said that the

3    Government agreed with our response and that he would give us

4    additional information, which we never received, your Honor.

5         It's that additional information that we were able

6    to then prove that any of the funds that I had derived at my

7    company were a hundred percent entitled to.  And we never had

8    a response to either that first report, and then my expert

9    witness did an updated report, which is part of this action

10   here.

11        THE COURT:  I suppose I'm a little confused as to

12   how you could have pled guilty but still reserved the right

13   to say that you were entitled to the funds.  You might have

14   reserved the right to argue that it was a very small amount

15   of loss, much less than what the Government was arguing, but

16   certainly not being entitled to the funds -- I'm not sure

17   exactly what the charge was, but I imagine that was an

18   element that needed to be established for the guilty plea.

19        Am I mistaken, Mr. Tzur?

20        MS. FREDERICK:  Based on my limited understanding

21   of this case, given that I was in high school I think at the

22   time that the conduct was being committed, I think you're

23   right.

24        And I don't say that just to be joking this

25   morning.  The significance is that we're talking about a

1    matter that happened well over 20 years ago.  And I've got a

2    number of thoughts that I'm trying to keep from just

3    streaming out to your Honor in my head.

4           One, I think we're in the wrong place.  As Judge

5    Zagel said in his ruling from the bench back in 2011, what

6    Mr. Lopinski is asking for is he's making a claim of actual

7    innocence.  That is a habeas petition that needs to be filed

8    as a civil matter, not as some part of the criminal action

9    that was finished years and years ago.  So that's part one.

10          Part two is that this is -- all of your Honor's

11   questions, the burden to answer those questions is entirely

12   on the defense at this point.  Because he's the one who is

13   making this motion for actual innocence, he's the one who has

14   a burden to actually put forward something to get this case

15   going.

16          He's talking about a report from 2012 from some

17   expert whom he hired to go back and look at another report

18   that was prepared in 1998 that apparently formed part of the

19   basis of the loss amount for the allegations in the

20   indictment in 1997.  So he's far away from having done

21   anything to actually trigger your Honor to do anything or the

22   Government to do anything.  He hasn't started this ball

23   rolling.

24          So I think there is a lot for the defense to do

25   before we can even have an intelligent conversation about why

1    we're here.

2            THE COURT:  So let me ask:  Ms. Frederick, have you

3    had a chance to talk with anybody with the Government about

4    any of these issues of this procedural posture?  Because I'm

5    imagining that you probably weren't defense counsel back in

6    1997 either.

7            MS. FREDERICK:  No.

8            THE COURT:  Would it make sense perhaps to have

9    some time for Ms. Frederick and Mr. Tzur to have a

10   conversation so the parties at least understand what the

11   relief is that's being requested here in a procedural

12   posture?  Because I have a lot of questions, and I'm not sure

13   at this point that anybody other than perhaps Mr. Lopinski

14   would be in a position to answer some of them, and he's

15   represented by counsel.  My understanding is he's not a

16   lawyer, he's a forensic accountant or an accountant of some

17   sort.

18           DEFENDANT LOPINSKI:  Yes.

19           THE COURT:  So I think I would like to hear from

20   the lawyers once you've had a chance to discuss and at least

21   understand what the procedural posture is, or I suppose what

22   each other thinks the procedural posture is, because there

23   might be a difference of opinion on that.

24           MR. TZUR:  I'm uncomfortable with the procedural

25   posture.  We're not in the right place.  He needs to file a

1    2255 petition to get this case going.  Judge Zagel said

2    exactly that back in 2011.

3            There is a policy, a concept of finality in federal

4    criminal cases.  This case, a judgment was entered in this

5    case back in the '90s off of a plea agreement, as your Honor

6    pointed out.  That ends the criminal case.  Any

7    post-conviction relief that the defendant seeks necessarily

8    has to be through a 2255 habeas petition, or some form of

9    habeas petition, which is a different matter.

10           THE COURT:  Ms. Frederick, is your client's

11   ultimate goal here to somehow have the conviction expunged

12   and then the judgment vacated so that it's no longer part of

13   his record?

14           MS. FREDERICK:  That's certainly part of it.

15           THE COURT:  What else?  You say it's part of it.

16   What else is there?

17           MS. FREDERICK:  There are funds that we understand

18   are in escrow that have not been disbursed, funds in the

19   nature of moneys that he supposedly misappropriated.  So he

20   ultimately wants to recoup those funds.

21           THE COURT:  And those funds have not been turned

22   over to Treasury in any way, there was no turnover order,

23   they have just been frozen since the time of his conviction?

24           MS. FREDERICK:  As I understand it, they are in the

25   escrow account of counsel.

1    THE COURT:  Is he seeking any monetary damages

2    under any sort of theory based on constitutional violations?

3    In other words, is it that type of civil suit as well that

4    might be coming out of this?

5    MS. FREDERICK:  It's possible.  We're not certain

6    at this point what -- we know that there will be other

7    lawsuits, but we're not exactly certain what there will be at

8    this point.

9    THE COURT:  And then just so that I'm clear, so

10   there was a guilty plea here.  Is part of the allegation that

11   your client was essentially tricked into pleading guilty?

12   I'm trying to reconcile his claim of actual innocence with

13   the fact that there was a guilty plea.

14   I did see from the record that at some point there

15   was a motion to withdraw the guilty plea as to certain

16   counts, and that motion was denied, but then it appeared that

17   after that time he pled guilty to additional counts.  So I'm

18   having some difficulty reconciling the guilty plea with the

19   claim now of actual innocence.

20   Is there an allegation that in some way his guilty

21   plea was not knowing and voluntary because of some sort of

22   misconduct on the part of the Government?

23   DEFENDANT LOPINSKI:  Your Honor, the

24   acknowledgement I signed did not address whatsoever the

25   indictment and that I was pleading guilty to a

1    misappropriation for my funds.  It was when I realized, after

2    the acknowledgement and voluntary plea, that that's how it

3    was being perceived, and that's when I moved to withdraw it.

4           I've maintained all along, your Honor, I never

5    would touch a dime of my public partnership funds.  And my

6    expert has proved that in both of his reports he's filed with

7    the court.

8           THE COURT:  Give me a moment here.

9           Okay.  I do not see a written plea agreement as

10   part of the docket here.  I don't know if it was the normal

11   custom in 1998 to docket plea agreements as we do now.  In

12   1998 the court would have just been moving to electronic

13   filing.  So perhaps it's not somehow reflected there, but I

14   don't see it as part of the docket.

15          Mr. Tzur, do you have a copy of the plea agreement?

16   Or Ms. Frederick?

17          MS. FREDERICK:  I do not.

18          MR. TZUR:  I don't.  Let me rephrase.  I don't have

19   it in my office.

20          THE COURT:  I assume your office has it someplace.

21          MR. TZUR:  It may exist someplace, but I don't know

22   if we've gotten past the point -- given, again, how old this

23   case is, we've gotten past the point where the records would

24   have been destroyed.  I'll go back and find the records for

25   this case.

1      THE COURT:  Ms. Frederick, do you have a copy or
2   does your client have a copy of his plea agreement?
3      MS. FREDERICK:  I don't have a copy, and my client
4   doesn't believe he has a copy.
5      MR. TZUR:  The clerk's office might have it also.
6      THE COURT:  The clerk's office should, I would
7   think.
8      Who was representing Mr. Lopinski at the time of
9   his plea?
10      MS. FREDERICK:  Mr. Cohen was your --
11      DEFENDANT LOPINSKI:  I'm sorry, your Honor?
12      THE COURT:  Who was your counsel, Mr. Lopinski?
13      DEFENDANT LOPINSKI:  I had Michael Cohen when I
14   filed the fraud on the court.
15      MS. FREDERICK:  Your criminal counsel.
16      DEFENDANT LOPINSKI:  Oh, I originally had a federal
17   defender named Sergio Rodriguez.
18      MR. TZUR:  I can get in touch with Mr. Rodriguez,
19   your Honor.
20      THE COURT:  Okay.  Ultimately I suspect Mr. Tzur is
21   correct, this is not the proper place to bring this action,
22   but I do want to at least try to get my hands around what's
23   going on in this case.
24      So I am going to ask the Government to respond in
25   writing to the motion for leave to reinstate and to attach a

1  copy of the plea agreement with that.

2          It doesn't need to be a long response on the

3  merits.  What I'm mostly interested in is just to get on the

4  record in writing the Government's position on whether this

5  is the proper form for this case or whether it needs to be

6  brought as a separate civil action habeas petition or

7  otherwise.

8          So Mr. Tzur, how much time do you think you'll need

9  to do that, given that I also do want you to track down a

10  copy of the plea agreement?  As I said, from my quick review

11  of the docket, it looks like there were two separate plea

12  agreements here.

13          MR. TZUR:  The drafting part of this shouldn't take

14  me much time.  I'm a little bit concerned with being able to

15  recover the file.  And that actually dovetails with the fact

16  that we're on a continuing resolution only until early

17  February, and it could take several weeks to go out and get

18  it.  And then if we have stoppage of work again, that could

19  delay things.

20          So I'm inclined to ask for 30 days, with the

21  possibility of maybe even needing more, depending how quickly

22  I can actually get my hands on the file.  If your Honor is

23  willing to give me that much time.

24          THE COURT:  I'll give you the 30 days.

25          MR. TZUR:  Thank you.

1     THE COURT:  If something happens along the lines of

2     a government shutdown, again, obviously you would be able to

3     ask for additional time.  30 days would take us until about

4     February 26th.

5     MR. TZUR:  That will work, your Honor.  Thank you.

6     THE COURT:  At this point I think that's all I want

7     in writing.  And I'll set another hearing for the parties to

8     come back once I've had a chance to see the plea agreement

9     and get the Government's position, and hopefully be in a

10    position at that point to let the parties know how I think

11    things should proceed.

12    So Enjoli, let's set a hearing on this at a

13    separate time, let's say sometime March 5th or later.

14    THE CLERK:  We can do the 13th at 10:30.

15    MR. TZUR:  That works for the Government, your

16    Honor.

17    MS. FREDERICK:  Thank you.

18    THE COURT:  I still would encourage counsel to talk

19    to each other, because if you can agree that this isn't the

20    proper way to go, or that it is, it will save all of us some

21    time.

22    MR. TZUR:  Sure.  And from my part, your Honor,

23    just to be clear, I don't mean to be putting form over

24    substance here.  The substance actually matters.  It's

25    through a civil petition where we can get in clear,

1   articulated form exactly what it is and everything that it is

2   that the defendant is asking for for relief.  I don't think

3   we have that based on the petition to reinstate that's

4   currently in front of your Honor.

5           THE COURT:  I'm not being critical of the focus on

6   procedure.  It certainly does matter.  And if there is

7   someplace else that Mr. Lopinski should be going to get the

8   relief that he's seeking, he should get there as soon as he

9   can.

10          Again, since this wasn't originally my case, and

11  this is a somewhat unusual request, and it's also from quite

12  an old file, I want to make sure that I have the best

13  information so that I understand the import of my ruling

14  before I issue anything.  So that's why I want to have a

15  written submission.

16          MR. TZUR:  Sure.  Thank you, Judge.

17          MS. FREDERICK:  Thank you, your Honor.

18          THE COURT:  Okay.  Thank you.

19      (End of proceedings.)

20

21

22

23

24

25

1

2                       C E R T I F I C A T E

3

4        I certify that the foregoing is a correct transcript

5   from the record of proceedings in the above-entitled case on

6   January 24, 2018.

7

8

9

10  /s/Colette M. Kuemmeth
        Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25